THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **CHRISTOPHER SALAZAR,** § | |
| Plaintiff, § | |
| § | |
| v. § | **CIVIL ACTION NO. 2:22-cv-306** |
| § | |
| **BAY, LTD., A BERRY COMPANY,** § | |
| **BERRY OPERATING COMPANY, LLC,** § | |
| **SHELL OFFSHORE, INC., ET AL** § | |
| Defendant. § | |

**EXHIBIT B – INDEX OF MATTERS FILED**

1. ALL EXECUTED PROCESS

    B-1 *Citation for Personal Service – Bay, Ltd.*

    B-2 *Citation for Personal Service – Berry Operating Company, LLC*

    B-3 *Citation for Personal Service – Shell USA, Inc.*

    B-4 *Citation for Personal Service – Shell Offshore, Inc.*

    B-5 *Citation for Personal Service – Chet Morrison Contractors, Inc.*

2. PLEADINGS THAT ASSERT CAUSES OF ACTION AND ALL ANSWERS TO SUCH PLEADINGS

    B-6 *Plaintiff's Original Petition*

3. DOCKET SHEET

    B-7 *Docket Sheet*

4. LIST OF ALL COUNSEL OF RECORD

    B-8 *List of Parties and Respective Counsel of Record*

65949:46711079