

Filed
12/9/2022 9:01 AM
Anne Lorentzen
District Clerk
Nueces County, Texas

**Citation for Personal Service –RESIDENT**

Case Number: **2022CCV-61486-4**

THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

TO:  **Bay, Ltd.**
**c/o Registered Agent: Berry GP, Inc.**
**1414 Valero Way**
**Corpus Christi, Texas 78409**
the Defendant,

GREETING: You are commanded to appear by filing a written answer to the **Plaintiff's Original Petition With Attached Covid Standing Orders And Notice** at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the **Honorable Mark H. Woerner**, **County Court at Law #4** of Nueces County, Texas at the Courthouse of said County in Corpus Christi, Texas. Said **Petition** was filed on the 22nd day of November, 2022. A copy of same accompanies this citation. The file number of said suit being Number: **2022CCV-61486-4**

The style of the case is: **Christopher Salazar vs. Bay, Ltd., A Berry Company, Berry Operating Company, LLC, Shell Offshore, Inc., et al**

Said Petition was filed in said court by **Nicholas A Morrow**, attorney for Plaintiff, whose address is 5151 San Felipe, Ste. 100, Houston, Tx 77056.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirement of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said court at Corpus Christi, Texas, this 30th day of November, 2022.

**ANNE LORENTZEN, DISTRICT CLERK**
NUECES COUNTY, TEXAS
901 LEOPARD STREET, ROOM 313
CORPUS CHRISTI, TEXAS 78401
11/30/2022 12:03:32 PM

BY: _Laura J Munoz_, Deputy
Laura Munoz

# EXHIBIT B-1

Copy from re:SearchTX

## CAUSE NO. 2022CCV-61486-4

| | | |
|---|---|---|
| CHRISTOPHER SALAZAR<br>**PLAINTIFF** | §<br>§<br>§ | |
| VS. | §<br>§ | IN THE County Court at Law No. 4 |
| SHELL OFFSHORE, INC., ET AL<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§<br>§ | NUECES COUNTY, TX |

## RETURN OF SERVICE

**ON Wednesday, December 7, 2022 AT 4:58 PM**
CITATION, PLAINTIFF'S ORIGINAL PETITION for service on BAY, LTD C/O REGISTERED AGENT: BERRY GP, INC came to hand.

**ON Friday, December 9, 2022 AT 8:30 AM, I, Jennifer Simmons, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** BAY, LTD C/O REGISTERED AGENT: BERRY GP, INC, by delivering to Attorney if Record Mike Hummell, 1414 VALERO WAY, CORPUS CHRISTI, NUECES COUNTY, TX 78409.

My name is Jennifer Simmons. My address is 619 Wright St, Robstown, TX 78380. I am a private process server certified by the Texas Judicial Branch Certification Commission (18021, expires 1/31/2024). My e-mail address is info@easy-serve.com. My date of birth is 1/6/1984. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Nueces COUNTY, TX on Friday, December 9, 2022.

/S/ Jennifer Simmons

Christopher Salazar

Doc ID: 302716_4

Copy from re:SearchTX