# REGISTER OF ACTIONS
### CASE NO. 2022CCV-61486-4

| | | |
|---|---|---|
| Christopher Salazar vs. Bay, Ltd.,Berry Operating Company, LLC,Shell Offshore, Inc., et al | § § § § § | Case Type: Injury or Damage - Other<br>Date Filed: 11/22/2022<br>Location: CCAL4 |

---

## PARTY INFORMATION

|  |  | Attorneys |
|---|---|---|
| **Defendant** | **Bay, Ltd.  A Berry Company** | |
| **Defendant** | **Berry Operating Company, LLC** | |
| **Defendant** | **Chet Morrison Contractors, Inc.** | |
| **Defendant** | **Shell Offshore, Inc.** | |
| **Defendant** | **Shell USA, Inc.** | |
| **Plaintiff** | **Salazar, Christopher** | Nicholas A Morrow<br>*Retained*<br>713-489-1206(W) |

---

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | | |
|---|---|---|---|
| 11/22/2022 | **Original Petition (OCA)** | | |
| 11/22/2022 | **Original Petition Documents E-filed** (Judicial Officer: Woerner, Mark H. ) | | |
| | *Plaintiff's Original Petition* | | |
| 11/23/2022 | **Jury Fee Paid** | | |
| 11/23/2022 | **Service Request Information Sheet** | | |
| | *Service Requested* | | |
| 11/30/2022 | **Citation** | | |
| | Bay, Ltd. | Served | 12/09/2022 |
| | | Response Due | 01/02/2023 |
| | | Returned | 12/09/2022 |
| | Berry Operating Company, LLC | Served | 12/09/2022 |
| | | Response Due | 01/02/2023 |
| | | Returned | 12/09/2022 |
| | Shell Offshore, Inc. | Served | 12/09/2022 |
| | | Response Due | 01/02/2023 |
| | | Returned | 12/09/2022 |
| | Shell USA, Inc. | Served | 12/09/2022 |
| | | Response Due | 01/02/2023 |
| | | Returned | 12/09/2022 |
| | Chet Morrison Contractors, Inc. | Served | 12/13/2022 |
| | | Response Due | 01/09/2023 |
| | | Returned | 12/13/2022 |
| 12/09/2022 | **Proof of Service** | | |
| | *Return of Service /Citation-Bay Ltd.-served1* | | |
| 12/09/2022 | **Proof of Service** | | |
| | *Return of Service/Berry Operating Company, LLC-served1* | | |
| 12/09/2022 | **Proof of Service** | | |
| | *Return of Service/Citation-Shell Offshore, Inc.-served1* | | |
| 12/09/2022 | **Proof of Service** | | |
| | *Return of Service/Citation-Shell USA, Inc.-served1* | | |
| 12/13/2022 | **Proof of Service** | | |
| | *Return of Service/Citation-Chet Morrison Contractors, Inc.* | | |

---

## FINANCIAL INFORMATION

**EXHIBIT B-7**

| | | |
|---|---|---|
| | **Plaintiff** Salazar, Christopher | |
| | Total Financial Assessment | 390.00 |
| | Total Payments and Credits | 390.00 |
| | **Balance Due as of 12/22/2022** | **0.00** |
| 11/23/2022 | Transaction Assessment | 350.00 |
| 11/23/2022 | E-file Payment   Receipt # 2022-13046-DCCLK    Salazar, Christopher | (213.00) |

| 11/23/2022 | State Credit | | | (137.00) |
| 11/23/2022 | Transaction Assessment | | | 40.00 |
| 11/23/2022 | E-file Payment | Receipt # 2022-13063-DCCLK | Salazar, Christopher | (40.00) |