THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CHRISTOPHER SALAZAR, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:22-cv-306 |
| § | |
| BAY, LTD., A BERRY COMPANY, § | |
| BERRY OPERATING COMPANY, LLC, § | |
| SHELL OFFSHORE, INC., ET AL § | |
| Defendant. § | |

**LIST OF ALL COUNSEL OF RECORD**

Christopher Lowrance
Royston, Rayzor, Vickery & Williams, LLP
802 N. Carancahua, Suite 1300
Corpus Christi, Texas 78401-0021
(361) 884-8808 Telephone
Email: chris.lowrance@roystonlaw.com
*Attorneys for Defendant Bay, Ltd., Berry Operating Company, LLC*
*And Berry Contracting, LP*

# EXHIBIT B-8

65949:46711083