THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CHRISTOPHER SALAZAR, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> BAY, LTD., A BERRY COMPANY, § <br> BERRY OPERATING COMPANY, LLC, § <br> SHELL OFFSHORE, INC., ET AL § <br> Defendant. § | CIVIL ACTION NO. 2:22-cv-306 |

## CONSENT TO NOTICE OF REMOVAL

Defendants, Shell Offshore Inc. and Shell USA, Inc., without waiving and specifically reserving all rights, defenses, objections, and exceptions, hereby give notice that they consent to and join in the Notice of Removal filed by Defendants Bay, Ltd., Berry Contracting, LP, and Berry Operating Company, LLC.

Dated: December 21, 2022

Respectfully submitted,

_____
David P. Curtis
Senior Legal Counsel, Global Litigation
Shell Offshore Inc. and Shell USA, Inc.

**EXHIBIT C**

# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| CHRISTOPHER SALAZAR, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:22-cv-306 |
| § | |
| BAY, LTD., A BERRY COMPANY, § | |
| BERRY OPERATING COMPANY, LLC, § | |
| SHELL OFFSHORE, INC., ET AL § | |
| Defendant. § | |

## CONSENT TO NOTICE OF REMOVAL

Defendant, Chet Morrison Contractors, Inc., without waiving and specifically reserving all rights, defenses, objections, and exceptions, hereby give notice that they consent to and join in the Notice of Removal filed by Defendants Bay, Ltd., Berry Contracting, LP, and Berry Operating Company, LLC.

Dated: December 21, 2022

                Respectfully submitted,

      By: */s/ Timothy W. Strickland*
           Timothy W. Strickland, TBN 19396298
           Farnaz Alms, TBN 24110625
           711 Louisiana Street, Ste. 1800 South Tower
           Houston, Texas 77002
           Telephone: 713-844-3031
           Facsimile: 713-844-3030
           Tim.Strickland@keanmiller.com
           Farnaz.Alms@keanmiller.com

           ***Attorneys for Chet Morrison Contractors, Inc.***