THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHRISTOPHER SALAZAR, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 2:22-cv-00306 | |
| § | | |
| BAY, LTD., A BERRY COMPANY, § | | |
| BERRY OPERATING COMPANY, § | | |
| LLC, SHELL OFFSHORE, INC., ET § | | |
| AL § | | |
| Defendants. § | | |

## Defendants Berry Contracting LP's and Berry Operating Company LLC's Certificate of Interested Parties

Berry Contracting LP (doing business as Bay Ltd.), *improperly named as Bay Ltd., a Berry Company*, and Berry Operating Company LLC file this Certificate of Interested Parties, stating that the following may be financially interested in the outcome of this litigation:

1. Christopher Salazar

2. Shell Offshore Inc.

3. Shell USA Inc.

4. Chet Morrison Contractors LLC

5. Berry Contracting LP, *doing business as* Bay Ltd.

6. Berry Operating Company LLC

7. Berry Holdings LP

8. ACE American Insurance Company

9. Chubb Corp. Insurance Company

65949:46725038

Respectfully submitted,

ROYSTON RAYZOR VICKERY & WILLIAMS LLP

By: */s/   Christopher A. Lowrance*
    Christopher A. Lowrance
    State Bar No. 00784502
    Federal ID No. 15481
    Daniel A. Ruiz
    State Bar No. 24128505
    Federal ID No. 3690291
    802 N. Carancahua, Suite 1300
    Corpus Christi, TX  78470
    Telephone: (361) 884-8808
    Facsimile:  (361) 884-7261
    chris.lowrance@roystonlaw.com
    daniel.ruiz@roystonlaw.com
    ***Attorneys for Defendants Bay Ltd. Berry Contracting LP and Berry Operating Company LLC***

**OF COUNSEL:**
**ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP**

## CERTIFICATE OF SERVICE

    I hereby certify that, on the 10th day of January 2023, the foregoing was served to the following by the means indicated in accordance with the Federal Rules of Civil Procedure.

| **Via E-Filing** | **Via E-Filing** |
|---|---|
| Nicholas A. Morrow | Timothy Wayne Strickland |
| Daniel E. Sheppard | KEAN MILLER, LLP |
| Morrow and Sheppard LLP | 711 Louisiana Street |
| 5151 San Felipe Street | Suite 1800 |
| Houston, Texas 77056 | Houston, TX 77002 |
| Tel: 713-489-1209 | Tel: 713-844-3031 |
| nmorrow@morrowsheppard.com | tim.strickland@keanmiller.com |
| *Attorneys for Christopher Salazar* | *Attorneys for Chet Morrison Contractors* |

    */s/   Daniel A. Ruiz*
    OF ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP

65949:46725038      2