Case 2:22-cv-00306   Document 74   Filed on 10/04/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 04, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHRISTOPHER SALAZAR, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 2:22-CV-00306 |
| BAY, LTD., *et al.*, | § § § | |
| Defendants. | § | |

### ORDER

At the most recent status conference in this matter, the parties indicated to the Court that they would mediate. *See* August 21, 2024 Minute Entry. Pursuant to the Court's order after that status conference, the parties were to notify the Court once a mediation date was set. (D.E. 65). The Court learned, upon reviewing the parties recently filed Joint Proposed Pretrial Order, that the parties mediated on August 30, 2024. (D.E. 71, p. 10). The Court appreciates the parties timely filing their pretrial documents per the live scheduling order. (D.E. 51). However, as the Court mentioned at the last status conference, the Court is set for trial in a different matter on October 21, 2024, and is unable to try the instant case on that date. So, the Court will **STAY** this case pending resolution of the motions for summary judgment, (D.E. 62; D.E. 64). Further pursuant to 28 U.S.C. § 636, the Court now **refers** the motions for summary judgment to Magistrate Judge Julie Hampton for disposition. (D.E. 62; D.E. 64). This Order also prospectively refers all procedural matters related to the instant motions to Judge Hampton.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
October 4, 2024