Case 2:22-cv-00306   Document 76   Filed on 03/03/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CHRISTOPHER SALAZAR, § | |
| § | |
| Petitioner, § | |
| V. § | CIVIL ACTION NO. 2:22-CV-00306 |
| § | |
| BAY, LTD., *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Julie K. Hampton's Memorandum and Recommendation ("M&R"). (D.E. 75). The M&R recommends that the Court grant Chet Morrison Contractors, Inc.'s motion for summary judgment, (D.E. 62), and grant in part and deny in part Shell Offshore, Shell USA Inc., and BP Exploration and Production Inc.'s motion for summary judgment, (D.E. 64). (D.E. 75, p. 2).

When a party objects to the findings and recommendations of a magistrate judge, the district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). As to any portion for which no objection is filed, a district court reviews for clearly erroneous factual findings and conclusions of law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam).

The parties had until February 28, 2025, to object to the M&R. No objections have been filed. Having reviewed the proposed findings and conclusions of the M&R, the record, the applicable law, the Court **ADOPTS** the findings and conclusions of the M&R. (D.E. 75). Accordingly, the Court:

- **GRANTS** Chet Morrison Contractors, Inc.'s motion for summary judgment, (D.E. 62).

- **GRANTS** The Shell Defendants' motion for summary judgment as to Shell USA and BP, (D.E. 64).

- **DENIES** The Shell Defendants' motion for summary judgment as to Shell Offshore, (D.E. 64).

The claims against Shell Offshore will proceed to trial. The Court will set a trial date and accompanying pretrial deadlines in a separate order.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
March 3rd, 2025