United States District Court
Southern District of Texas
**ENTERED**
April 14, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CHRISTOPHER SALAZAR, § | |
| § | |
| Plaintiff, § | |
| V. § | CIVIL ACTION NO. 2:22-CV-00306 |
| § | |
| BAY, LTD., *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

The remaining parties in this matter have announced to the Court that all matters in dispute and controversy have settled. (D.E. 81). Therefore, the Court **ORDERS** the parties to file with this Court, **on or before May 14, 2025**, appropriate documents seeking the dismissal of this matter.

Should the parties fail to timely file such documents with this Court, the Court **ORDERS** the parties to appear before the undersigned on **May 21, 2025, at 10:00 a.m.** to explain why they have failed to comply with this Order.[1] The Court further **ORDERS** that all current settings before the Court are **CANCELED**, and any pending motions are **DENIED without prejudice as mooted** by the settlement announced in this case.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
April 14, 2025

---

[1] Parties may access the hearing, if necessary, via the following link:
https://www.zoomgov.com/j/1615444251?pwd=R3g5ZnBwdVpvVkFCUlBVS211UXZ4QT09
Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
Meeting ID: 161 544 4251
Password: 020679

1 / 1