United States District Court
Southern District of Texas
**ENTERED**
May 20, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHRISTOPHER SALAZAR, | § | |
| | § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 2:22-CV-00306 |
| | § | |
| BAY, LTD., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the parties' Correspondence to the Court, which the Court construes as a motion for extension of time. (D.E. 83). The parties request that the Court extend the deadline to file dismissal documents to May 29, 2025. *Id.* at 1. After review, the Court **GRANTS** the motion. (D.E. 83). Accordingly, the parties must file appropriate documents seeking the dismissal of this matter **on or before May 29, 2025.**

Should the parties fail to timely file such documents with this Court, the Court **ORDERS** the parties to appear before the undersigned on **June 4, 2025, at 10:00 a.m.** to explain why they have failed to comply with this Order.[1]

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
    May 20, 2025

---

[1] Parties may access the hearing, if necessary, via the following link:
https://www.zoomgov.com/j/1615444251?pwd=R3g5ZnBwdVpvVkFCUlBVS211UXZ4QT09
Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
Meeting ID: 161 544 4251
Password: 020679

1 / 1